*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENIQUE ROUTE,<br><br>           Plaintiff,<br><br>      v.<br><br>MEAD JOHNSON NUTRITION COMPANY,<br><br>           Defendant. | Case No.  CV 12-7350-GW(JEMx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shenique Routé and Defendant Mead Johnson & Company, LLC, through their undersigned counsel, stipulate as follows:

(1) this action shall be dismissed with prejudice; and

(2) the parties agree to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: May 6, 2013                    BY THE COURT

_____
GEORGE H. WU, U.S. District Judge